| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

CHAD GONZALES §
and LACEY GONZALES, §
　§
　　　Plaintiffs, §
　§
*versus* § CIVIL ACTION NO. 1:07-CV-310
　§
ALLSTATE INSURANCE COMPANY, §
　§
　　　Defendant. §

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred this matter to the Honorable Earl S. Hines, United States Magistrate Judge, for pretrial proceedings pursuant to Order of Reference entered on May 23, 2007. The court has received and considered the report of the United States magistrate judge, who recommends that the court remand this case to the 172nd Judicial District Court of Jefferson County, Texas.

The magistrate judge's report is hereby **ADOPTED**. This case is **REMANDED** to the 172nd Judicial District Court of Jefferson County, Texas. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

SIGNED at Beaumont, Texas, this 26th day of June, 2007.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE